UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Theresa Allen Render, | ) | CASE NO. 14-59818-PWB |
| | ) | |
| DEBTOR. | ) | |

POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL

Theresa Allen Render, Debtor, proposes to modify the Chapter 13 plan that was confirmed July 23, 2014 (Doc. No. 23).

MODIFICATION OF PLAN

Theresa Allen Render, Debtor, hereby modifies the confirmed plan by increasing Plan payments to cure a terms issue and adjust treatment of a creditor as demonstrated below:

1.

**Plan Payments and Length of Plan**. Debtor will pay the sum of **$675.00** $410.00 $390.00   **Monthly at a rate of   $338.00** $205.00 $195.00 **semi-monthly** to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of **36** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

**2.**

| (a) Creditor | (b) Property description | (c) Estimated pre-petition arrearage | (d) Projected monthly arrearage payment |
|---|---|---|---|
| **State Home Mortgage** | **7296 Toccoa Circle Union City, GA 30291** | **22,640.90** ~~10,000.00~~ | 25.00 per month until June 2016 when payments step up to $~~296.00~~ **$594.00** per month |
| ~~Fulton County Tax Commissioner~~ | ~~7296 Toccoa Circle Union City, GA 30291~~ | ~~2000.00~~ | ~~15.00 per month until June 2016 when payments increase to $40.00 per month~~ |
| **Oakley Township** | **7296 Toccoa Circle Union City, GA 30291** | **$2,591.00**~~1153.00~~ | 15.00 per month until June 2016 when payments increase to **$40.00**~~$30.00~~ per month |

Dated:  December 12, 2014           Respectfully submitted,
                                    Khoshnood Law Firm, PC

Khoshnood Law Firm, PC              _____/s/_____
501 Pulliam Street, SW              Jessica L. Casto
Suite 130                           GA Bar No. 340570
Atlanta, GA 30312                   Attorney for the Debtor
(678) 507-1590
(404) 941-1420 Fax
klfnotices@yahoo.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Theresa Allen Render, | ) | CASE NO. 14-59818-PWB |
| | ) | |
| DEBTOR. | ) | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

    I, Theresa Allen Render, hereby certify that the attached pleading is true and correct to the best of my information and belief.

Signed: _____/s/_____
             Theresa Allen Render

Dated:  December 12, 2014

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| Theresa Allen Render, ) | CASE NO. 14-59818-PWB |
| ) | |
| DEBTOR. ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS, AND**
**HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

To: Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that Theresa Allen Render filed a proposed Modification to the confirmed Plan in this case, a copy of which Modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which the proposed Modification was filed. The proposed Modification was filed on December 12, 2014. If the twenty-fourth day after the date of service falls on a weekend or holiday, the deadline is extended to the next business day.

| **PLACE OF FILING:** | Clerk, U.S. Bankruptcy Court |
|---|---|
| | Suite 1340, U.S. Courthouse |
| | 75 Spring Street, SW |
| | Atlanta, GA 30303 |

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at 7296 Toccoa Circle, Union City, GA, 30291.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in **Courtroom 1401**, U.S. Courthouse, 75 Spring Street, Atlanta, GA **on January 28, 2015 at 9:50 A.M.**

If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C.§1329(b)(2) as part of the confirmed Plan without further order or notice.

Dated:  December 12, 2014                    Respectfully submitted,
                                             Khoshnood Law Firm, PC

Khoshnood Law Firm, PC                       _____/s/_____
501 Pulliam Street, SW                       Jessica L. Casto
Suite 130                                    GA Bar No. 340570
Atlanta, GA 30312                            Attorney for the Debtor
(678) 507-1590
(404) 941-1420 Fax
klfnotices@yahoo.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| Theresa Allen Render, ) | CASE NO. 14-59818-PWB |
| ) | |
| DEBTOR. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I have served the following parties with a copy of the "Post Confirmation Plan Modification and Notice of Hearing" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery and/or electronically through the CM/ECF Noticing System.

Mary Ida Townson (via ECF)
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740

Kimberly D. Rayborn
Attorney for State Home Mortgage
McCalla, Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

Theresa Allen Render
7296 Toccoa Circle
Union City, GA 30291

State Home Mortgage
Bankruptcy Department
60 Executtive Park South
Atlanta, GA 30329

*(Plus creditors in the attached Mailing Matrix)*

Dated: December 12, 2014

Khoshnood Law Firm, PC
501 Pulliam St., SW
Suite 130
Atlanta, GA 30312
klfnotices@yahoo.com
(678) 507-1590
(404) 941-1420 Fax

Respectfully submitted,
Khoshnood Law Firm, PC

/s/_____
Jessica L. Casto
GA Bar No. 340570
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 14-59818-pwb<br>Northern District of Georgia<br>Atlanta<br>Fri Dec 12 14:25:05 EST 2014 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| Dr. Lisa Perry-Gilkes M.D.<br>3885 Princeton Lakes Way<br>Atlanta, GA 30331-5589 | Fulton County Tax Commissioner<br>141 PRYOR ST SUlTE 1113<br>Atlanta, GA 30303-3444 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Housing and Finance Authority<br>c/o State Home Mortgage<br>Bankruptcy Department<br>60 Executive Park South<br>Atlanta, GA 30329-2296 | HSBC Auto Finance / Santander<br>Santander Consumer USA<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | IRS<br>Central Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JP Morgan Chase Bank<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Lazega & Johanson, LLC<br>3520 Piedmont Road, NE<br>Suite 415<br>Atlanta, GA 30305-1512 | Oakley Township<br>c/o G. Lanier Coulter, JR<br>160 Clairemont Ave, ste 650<br>Decatur, GA 30030-2534 |
| Oakley Township Homeowners Association, Inc.<br>c/o Kathy K. Dorough<br>Dorough & Dorough, LLC<br>160 Clairemont Avenue, Suite 650<br>Decatur, Georgia 30030-2534 | Pinnacle Credit Union<br>536 North Ave NE<br>Atlanta, GA 30308-2713 | Polaris Medical Group ENT LLC<br>3885 Princeton Lakes Way<br>Ste 312A<br>Atlanta  GA 30331-7100 |
| Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902-1603 | State Home Mortgage<br>60 Executive Park South<br>Atlanta, GA 30329-2296 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| United States Department of Education<br>Claims Filing Unit<br>P O Box 8973<br>Madison, WI  53708-8973 | Us Dept Of Ed/glelsi<br>2401 International<br>Madison, WI 53704-3121 | Usdoe/glelsi<br>2401 International<br>Madison, WI 53704-3121 |
| Hooman Khoshnood<br>Khoshnood Law Firm<br>Suite 130<br>501 Pulliam Street, SW<br>Atlanta, GA 30312-2770 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 | Theresa Allen Render<br>7296 Toccoa Circle<br>Union City, GA 30291-3433 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Georgia Department of Revenue<br>1800 Century Blvd, NE<br>Suite 17200<br>Atlanta, GA 30345-3206 | (d)Georgia Department of Revenue<br>Accounts Receivable Collections Section<br>1800 Century Boulevard N.E., Suite 9100<br>Atlanta, Georgia 30345-3205 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Oakley Township Homeowners Association, In          (u)State Home Mortgage

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25